CM/ECF volpmd
(Rev. 01/03/17)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Lenekia Yolanda Kinney )  Case No.: 26–11612–JDW
        Debtor(s) )  Chapter: 13
         )  Judge: Jason D. Woodard
         )
         )

## ORDER AND NOTICE AS TO DEFICIENCY(IES) AND PROPOSED DISMISSAL OF CASE

Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) has 14 days from the date of filing the above–captioned case to file the required paperwork and pay fees as applicable. The Court will not routinely grant extensions of time to file such paperwork. A motion for extension must be supported by good cause.

In order for this case to be administered, it is necessary that the documents described below be filed within 14 days:

Aty Disclosure Stmt. due 05/19/2026
Chapter 13 Plan due 05/19/2026
Summary of Schedules due 05/19/2026
Schedule A/B due 05/19/2026
Schedule C due 05/19/2026
Statement of Financial Affairs due 05/19/2026
Schedule D due 05/19/2026
Ch 13 – Proper 122C form(s) due 05/19/2026
Schedule E/F due 05/19/2026
Schedule G due 05/19/2026
Schedule H due 05/19/2026
Schedule I due 05/19/2026
Sch J (and J–2 If Applicable) due 05/19/2026

If the required paperwork and/or fees are not timely filed and/or paid by 5/19/26 the Court will enter an ex parte order dismissing the case without further hearing.

Dated and Entered: 5/5/26

Jason D. Woodard
Judge, U.S. Bankruptcy Court

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 26-11612-JDW |
| Lenekia Yolanda Kinney | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 1 |
| Date Rcvd: May 05, 2026 | Form ID: ntcdef | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lenekia Yolanda Kinney, 992 Windmill St, Grenada, MS 38901-7708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026              Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Locke D. Barkley | Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com |
| Thomas C. Rollins, Jr. | on behalf of Debtor Lenekia Yolanda Kinney trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |

TOTAL: 3