**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**      **Lenekia Yolanda Kinney, Debtor**          **Case No. 26-11612-JDW**
**CHAPTER 13**

### MOTION TO EXTEND DEADLINE
### TO FILE CHAPTER 13 SCHEDULES

COMES NOW the debtor by and through their attorney, and files this Motion to Extend
Time to File Chapter 13 Schedules and would respectfully show the following:

1. That the debtor filed their Chapter 13 Petition on 05/05/2026.
2. That the schedules are due 05/19/2026.
3. That the debtor needs additional time to complete their schedules.
4. That the debtor requests until 06/02/2026 to file their schedules.

Respectfully Submitted,

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533

### CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with
the Court, a true and correct copy of the above and foregoing Motion on this date, May 18, 2026.
All interested parties will receive CM/ECF from the Court.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.