In the United States Bankruptcy Court
Northern District of Mississippi

IN RE:  Lenekia Yolanda Kinney

) Chapter:          13
) Bankruptcy No:  26-11612
) Account No:      9691
) **REQUEST FOR NOTICE**

Comes now the United States of America, acting through Rural Housing Service, formerly the Farmers Home Administration, United States Department of Agriculture, a secured creditor, requests that any and all notices in the above-captioned case be sent to Rural Housing, at the following address:

United States Department of Agriculture
Centralized Servicing Center
PO Box 66879
St. Louis, MO  63166

UNITED STATES OF AMERICA
United States Department of Agriculture
Rural Housing Service

Date: 07/06/2026

/s/ Cassandra Spencer

Cassandra Spencer
Bankruptcy Processor
Centralized Servicing Center - USDA
1-800-349-5097 ext. 5520