**Fill in this information to identify the case:**

Debtor 1 ___Lenekia Yolanda Kinney___

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: **Northern District of Mississippi**
(State)

Case number ___26-11612___

## Official Form 410S1

# Notice of Mortgage Payment Change

**12/25**

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** ___USDA - Rural Housing Service - CSC___

**Court claim no**. (if known): ___6___

**Last 4 digits** of any number you use to identify the debtor's account: __9__ __6__ __9__ __1__

**Date of payment change:**
Must be at least 21 days after date of this notice ___09/28/2026___

**New total payment:**
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*
$ __1,160.02__

| Part 1: | Escrow Account Payment Adjustment |
|---|---|

1.  **Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change.  If a statement is not attached, explain why: _____
_____

**Current escrow payment:** $ ___283.79___    **New escrow payment:** $ ___530.22___

| Part 2: | Mortgage Payment Adjustment |
|---|---|

2.  **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____
_____

**Current interest rate:** _____%    **New interest rate:** _____%

**Current principal and interest payment:** $ _____    **New principal and interest payment:** $ _____

| Part 3: | Annual HELOC Notice |
|---|---|

3.  **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No
☐ Yes.

**Current HELOC payment:** $_____

**Reconciliation amount:** + $_____ or
- $_____

Debtor 1    Lenekia Yolanda Kinney
First Name    Middle Name    Last Name

Case number (*if known*) 26-11612

Amount of next payment (including reconciliation amount)    $_____

Amount of the new payment thereafter (without reconciliation amount)    $_____

## Part 4:    Other Payment Change

4.  **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: ___                                         _____

**Current mortgage payment:** $ ____913.59____    **New mortgage payment:** $ ____1,160.02____

## Part 5:    Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Cassandra Spencer _____    Date  07/20/2026
Signature

Print:    Cassandra          Spencer              Title    Bankruptcy Specialist
          First Name    Middle Name    Last Name

Company    USDA - Rural Housing Sevice - CSC

Address    PO Box 66879
           Number        Street
           St Louis              MO        63166
           City                  State     ZIP Code

Contact phone  ( 800 ) 349 – 5097             Email  sm.rd.so.bkr@usda.gov

**IN THE UNITED STATES BANKRUPTCY COURT**

**Northern District of Mississippi**
**PAYMENT CHANGE SUMMARY**

**Completed By:** Cassandra Spencer                                    07/20/2026

                                                                      (Date)

| | |
|---|---|
| **Debtor(s) &** Lenekia Yolanda Kinney | **Case No.**   26-11612 |
| **Address:** | **Claim No.**   6 |
| 992 Windmill St | **USDA Acct No.**   9  6  9  1 |
| Grenada, MS 38901 | |

| | |
|---|---|
| **Attorney &** Thomas C. Rollins, Jr. | **Trustee &** Locke D. Barkley |
| **Address:** The Rollins Law Firm, PLLC | **Address:** 6360 I-55 North |
| PO BOX 13767 | Suite 140 |
| Jackson, MS 39236 | Jackson, MS 39211 |

**Effective**   09/28/2026   **, the monthly ongoing payment is changing due to:**

No     Yes ✓ **ESCROW:**

No ✓ Yes   **OTHER:**

## PAYMENT CALCULATION

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 629.80 | Principal & Interest | 629.80 |
| Less Subsidy | 0.00 | Less Subsidy | 0.00 |
| Total P&I Payment | 629.80 | Total P&I Payment | 629.80 |
| | | | |
| Escrow | 283.79 | Escrow | 404.32 |
| Escrow shortage | 0.00 | Escrow shortage | 125.90 |
| Total Escrow | 283.79 | Total Escrow | 530.22 |
| | | | |
| Fees | 0.00 | Fees | 0.00 |
| | | | |
| Total Payment | 913.59 | Total Payment | 1,160.02 |

**Northern District of Mississippi**

Case No.   26-11612
Claim No.     6

## CERTIFICATE OF SERVICE

I,  Cassandra Spencer , do hereby certify that on   07/20/2026  , I served copies of the Notice of Mortgage Payment  Change,    to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

By U.S. Mail, postage prepaid:

Lenekia Yolanda Kinney

Debtor(s)

992 Windmill St
Grenada, MS 38901

Via CM/ECF:

Debtor's Attorney of Record:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Chapter 13 Trustee:

Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

Date:  07/20/2026

/s/  Cassandra Spencer
 Cassandra Spencer
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext.

```
USDA RURAL DEVELOPMENT            -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS              MO 63102


800-414-1226




LENEKIA Y PITTMAN
992 WINDMILL ST
GRENADA              MS 38901

                                        DATE: 06/23/26
```

```
        *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 09/28/26 THROUGH 08/31/27.
------- ANTICIPATED PAYMENTS FROM ESCROW - 09/28/26 THROUGH 08/31/27 -------
                INSURANCE                    2879.09
                COUNTY TAX                    993.05
                CITY TAX                      979.77

        TOTAL PAYMENTS FROM ESCROW        4851.91

        MONTHLY PAYMENT TO ESCROW          404.32 (1/12TH OF ABOVE TOTAL)
```

```
------- ANTICIPATED ESCROW ACTIVITY - 09/28/26 THROUGH 08/31/27--------
        -ANTICIPATED PAYMENTS-              -- ESCROW BALANCE COMPARISON --
MONTH   TO ESCROW  FROM ESCROW   DESCRIPTION       ANTICIPATED        REQUIRED
                    ACTUAL STARTING BALANCE       -4724.04           2830.31
SEP 26    404.32                               -4319.72           3234.63
OCT 26    404.32                               -3915.40           3638.95
NOV 26    404.32                               -3511.08           4043.27
DEC 26    404.32                               -3106.76           4447.59
JAN 27    404.32      993.05   COUNTY TAX
                      979.77   CITY TAX          -4675.26           2879.09
FEB 27    404.32                               -4270.94           3283.41
MAR 27    404.32     2879.09   INSURANCE    ALP  -6745.71    RLP     808.64
APR 27    404.32                               -6341.39           1212.96
MAY 27    404.32                               -5937.07           1617.28
JUN 27    404.32                               -5532.75           2021.60
JUL 27    404.32                               -5128.43           2425.92
AUG 27    404.32                               -4724.11           2830.24
```

```
------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS    -7554.35.
```

NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
WILL BE COLLECTED FOR A PERIOD OF 60 MONTHS FROM SEPTEMBER 28, 2026.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS          0.00.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.


```
------------------- CALCULATION OF YOUR NEW PAYMENT AMOUNT -------------------
          PRINCIPAL & INTEREST                          629.80
          ESCROW (1/12TH OF ANNUAL ANTICIPATED         404.32
             DISBURSEMENTS AS COMPUTED ABOVE)
          PLUS: OPTIONAL INSURANCE PREMIUMS               0.00
          PLUS: REPLACEMENT RESERVE OR FHA SVC CHG        0.00
          PLUS: SHORTAGE PAYMENT                        125.90
          MINUS: SURPLUS CREDIT                           0.00
          ROUNDING ADJUSTMENT                             0.00
          MINUS: BUYDOWN/ASSISTANCE PAYMENTS              0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 09/28/26      1160.02
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      808.64.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS      808.64.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
04/13       255.77       05/13       255.77       06/13       43523.55   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00     0.00                        00/00     0.00
00/00     0.00                        00/00     0.00

```
USDA RURAL DEVELOPMENT              -650
211 NORTH BROADWAY
SUITE 1701; MAIL STOP 2221
ST. LOUIS              MO 63102


800-414-1226




LENEKIA Y PITTMAN
992 WINDMILL ST
GRENADA              MS 38901
```

DATE: 06/23/26

* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING SEP 01, 2025 AND ENDING AUG 31,
2026. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE,
OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

--- YOUR PAYMENT BREAKDOWN AS OF SEP 01, 2025 IS ---

| | |
|---|---:|
| PRINCIPAL & INTEREST | 629.80 |
| ESCROW DEPOSIT | 283.79 |
| OPTIONAL INSURANCE | 0.00 |
| REPLACE RESV/FHA SVC CHG | 0.00 |
| SHORTAGE | 0.00 |
| DEFICIENCY | 0.00 |
| SURPLUS | 0.00 |
| ROUNDING | 0.00 |
| LESS BUYDOWN/ASST PAYMENT | 0.00 |
| BORROWER PAYMENT | 913.59 |

| MONTH | PAYMENTS TO ESCROW PRIOR PRJ | ACTUAL | PAYMENTS FROM ESCROW PRIOR PRJ | ACTUAL | DESCRIPTION | ESCROW BALANCE PRIOR PRJ | ACTUAL |
|---|---|---|---|---|---|---|---|
| JUN 25 | | | | | | | 0.00 |
| JUL 25 | | | | | | | 0.00 |
| AUG 25 | | | | | | | 0.00 |
| | | | | | STARTING BALANCE | 0.00 | -4097.57 |
| SEP 25 | | | | | | T | -4097.57 |
| OCT 25 | | | | | | | -4097.57 |
| NOV 25 | | | | | | | -4097.57 |
| DEC 25 | | | | | | | -4097.57 |
| JAN 26 | | | | 993.05 | COUNTY | | |
| JAN 26 | | | | 979.77 | CITY T | | -6070.39 |
| FEB 26 | | | | | | | -6070.39 |
| MAR 26 | | | | 2879.09 | INSURA | | -8949.48 |
| APR 26 | | | | | | | -8949.48 |
| MAY 26 | | | | | | | -8949.48 |

```
JUN 26          -39809.65                                      -48759.13 A
JUL 26                                                         -48759.13
AUG 26                                                         -48759.13
TOTALS          -39809.65                      4851.91
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS          0.00. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
   -48759.13.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:

```
00/00          0.00      00/00          0.00     00/00          0.00

00/00      0.00                             00/00      0.00
00/00      0.00                             00/00      0.00
00/00      0.00                             00/00      0.00
```