## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                CHAPTER 13 CASE NO.:

**LENEKIA YOLANDA KINNEY**                       **26-11612-JDW**

### OBJECTION TO CONFIRMATION

COMES NOW Locke D. Barkley, Chapter 13 Trustee, by and through counsel, and files this Objection to Confirmation (the "Objection") and in support states as follows:

1.      The Debtor[1] initiated this proceeding with the filing of a voluntary petition for relief on May 5, 2026.  The amended Chapter 13 plan (Dkt. #14) (the "Plan") was filed on June 5, 2026.

2.      The Debtor is below median income and has proposed a plan term of 60 months.  In Section 5.1 of the Plan the Debtor proposes a total distribution of $1,898.00 to nonpriority unsecured creditors and states that the liquidation value is $1,890.00.

3.      The Debtor did not timely commence plan payments as required by §1326(a)(1).  Through the month of July 2026, the Debtor is delinquent in plan payments in the amount of $401.34.  Payments will accrue in August 2026 at the bi-weekly rate of and commencing with September 1, 2026, payments will accrue at the bi-weekly rate of $1,906.00.  The Trustee requests that this case be dismissed pursuant to §1307(c)(4).

4.      In Section 3.1(a) of the Plan the Debtor proposes to commence the continuing mortgage payment to USDA – Rural Housing Service with June 2026.  Due to the delinquency in plan payments, the Plan will not be sufficiently funded to allow for disbursement of all required payments to USDA – Rural Housing Service and the other creditors at confirmation.  The requirement of §1325(a)(6) is not met.

---

[1] The above-referenced Debtor or Debtors shall be referred to herein in the singular as Debtor unless specified otherwise (e.g., Debtor1 or Debtor2).

5.      According to the Proof of Claim (Clm. #3-1) filed by the Internal Revenue Service, the Debtor has not filed the required Federal tax returns for the 2022 and 2024 tax year.  The Debtor has not complied with §§1308 and 1325(a)(9).  Upon the filing of the Federal tax returns, the Debtor must file an objection to the Proof of Claim.

6.      Should there be any secured or priority unsecured claims filed hereafter which are not provided for in the Plan the Trustee alleges that the Plan would not meet the requirement of §1325(a)(1) and would require an amendment.

7.      The Trustee requests that confirmation of the Plan be denied.  Should the Debtor be delinquent in payments at the time of the hearing on the Objection, the Trustee also requests that the bankruptcy case be dismissed.

WHEREFORE, PREMISES CONSIDERED, Locke D. Barkley, Chapter 13 Trustee, prays that upon notice and hearing that this Court enter its order sustaining the Trustee's Objection and for such other relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: August 3, 2026

Respectfully submitted,
LOCKE D. BARKLEY, TRUSTEE

BY:  /s/ W. Jeffrey Collier
W. JEFFREY COLLIER
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Mississippi 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645

2

## CERTIFICATE OF SERVICE

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Dated: August 3, 2026

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER

3