**SO ORDERED,**

**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 CASE NO.:** |
| **LENEKIA YOLANDA KINNEY** | **26-11612-JDW** |

**AGREED ORDER SUSTAINING IN PART
OBJECTION TO CONFIRMATION (DKT. #20)**

THIS CAUSE came before the Court on the Objection to Confirmation (Dkt. #20) (the "Objection") filed by Locke D. Barkley, Chapter 13 Trustee (the "Trustee"), and the Court having been advised that the parties have reached an agreement with respect to the Objection, that they desire to memorialize their agreement in this Agreed Order, and that the agreement of the parties is appropriate and should be set forth herein. The Court hereby orders as follows:

1. The Objection shall be and is hereby sustained in part.

2. Confirmation of the First Amended Chapter 13 Plan (Dkt. #14) shall be and is hereby denied.

3. Within fourteen (14) days of entry of this Agreed Order, the Debtor shall file a second amended Chapter 13 plan to change the ongoing mortgage start date to September 2026 in Section 3.1(a).

4. Failure to comply with the terms of this Agreed Order may result in the dismissal of this case without further notice or hearing.

##END OF ORDER##

AGREED & APPROVED:

/s/ Melanie T. Vardaman
MELANIE T. VARDAMAN – (MSB# 100392)
ATTORNEY FOR TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

Prepared by:
Melanie T. Vardaman, Esq.
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 100392