**Fill in this information to identify the case:**

Debtor 1 Lenekia Yolanda Kinney

Debtor 2 (Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Mississippi (State)

Case number 26-11612

Official Form 410S1

# Notice of Mortgage Payment Change

12/25

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** USDA - Rural Housing Service - CSC

**Court claim no**. (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 9 6 9 1

**Date of payment change:** 09/28/2026
Must be at least 21 days after date of this notice

**New total payment:** $ 916.67
Principal, interest, and escrow, if any
*For HELOC payment amounts, see Part 3*

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

- ☒ No
- ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____

**Current escrow payment:** $ 530.22 **New escrow payment:** $ 530.22

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

- ☒ No
- ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____

**Current interest rate:** ____% **New interest rate:** ____%

**Current principal and interest payment:** $ ____ **New principal and interest payment:** $ ____

## Part 3: Annual HELOC Notice

3. **Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

- ☒ No
- ☐ Yes.

**Current HELOC payment:** $____

**Reconciliation amount:** + $____ or - $____

Debtor 1 Lenekia Yolanda Kinney
First Name Middle Name Last Name

Case number (*if known*) 26-11612

**Amount of next payment (including reconciliation amount)** **$_______**

**Amount of the new payment thereafter (without reconciliation amount)** **$_______**

## Part 4: Other Payment Change

4. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

- ❑ No
- ▣ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

Reason for change: Payment Assistance/Subsidy Granted.

**Current mortgage payment:** $ 1,160.02 **New mortgage payment:** $ 916.67

## Part 5: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

- ▣ I am the creditor.
- ❑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Jenny Washington Date 09/09/2026
Signature

Print: Jenny Washington Title Bankruptcy Specialist
First Name Middle Name Last Name

Company USDA - Rural Housing Sevice - CSC

Address PO Box 66879
Number Street
St Louis MO 63166
City State ZIP Code

Contact phone (800) 349 – 5097 Email sm.rd.so.bkr@usda.gov

**IN THE UNITED STATES BANKRUPTCY COURT**

**Northern District of Mississippi**

**PAYMENT CHANGE SUMMARY**

**Completed By:** Jenny Washington 09/09/2026
(Date)

**Debtor(s) & Address:** Lenekia Yolanda Kinney
992 Windmill St
Grenada, MS 38901

**Case No.** 26-11612
**Claim No.** 6
**USDA Acct No.** 9 6 9 1

**Attorney & Address:** Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Trustee & Address:** Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

**Effective** 09/28/2026 **, the monthly ongoing payment is changing due to:**

No ✓ Yes **ESCROW:**

No Yes ✓ **OTHER:** Payment Assistance/Subsidy Granted.

**PAYMENT CALCULATION**

| | Current Payment | | New Payment |
|---|---|---|---|
| Principal & Interest | 629.80 | Principal & Interest | 629.80 |
| Less Subsidy | | Less Subsidy | 243.35 |
| Total P&I Payment | 629.80 | Total P&I Payment | 386.45 |
| Escrow | 404.32 | Escrow | 404.32 |
| Escrow shortage | 125.90 | Escrow shortage | 125.90 |
| Total Escrow | 530.22 | Total Escrow | 530.22 |
| Fees | | Fees | |
| Total Payment | 1,160.02 | Total Payment | 916.67 |

Northern District of Mississippi

Case No. 26-11612
Claim No. 6

## CERTIFICATE OF SERVICE

I, Jenny Washington, do hereby certify that on 09/09/2026, I served copies of the Notice of Mortgage Payment Change, to the following participants by the United States Postal Service, postage prepaid, and/or by CM/ECF as indicated:

By U.S. Mail, postage prepaid:

Debtor(s)

Lenekia Yolanda Kinney
992 Windmill St
Grenada, MS 38901

Via CM/ECF:

Debtor's Attorney of Record:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

Chapter 13 Trustee:

Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

Date: 09/09/2026

/s/ Jenny Washington

Jenny Washington
Bankruptcy Specialist
USDA, Rural Housing Service
1-800-349-5097 ext. 5254

"