IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

LENEKIA YOLANDA KINNEY
992 WINDMILL ST
GRENADA, MS 38901

CHAPTER 13 CASE NO:

26-11612-JDW

---

NOTICE TO DEBTOR

---

NOTICE is hereby given that your plan payment will change from $4,129.00 MONTHLY to $3,819.50 MONTHLY (PAY DIRECT @ $1,462.00 BIWEEKLY; EMPLOYER @ $301.00 BIWEEKLY) effective in 09/2026.

The reason for the changes in your plan payment is:

_XX_ Due to a change in your monthly mortgage payment.

____ Due to a claim being filed for a different amount than scheduled.

____ Due to entry of an order.

____ Other: ________________________________________

If you are paying by automatic draft, please be sure there are sufficient funds in your account to satisfy the new payment.

If you are paying via TFS, it is your responsibility to update the payment amount via the TFS website.

If you are paying direct, please be aware that the Trustee does not accept personal checks. You can remit payments online through https://tfsbillpay.com or mail guaranteed funds, in the form of a cashier's check or money order with your case number & last name in the description line, to:

Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

Should you have any questions concerning this, please contact your attorney.

Date: September 10, 2026

Sincerely,

/s/Locke D. Barkley
Chapter 13 Trustee

CC: THOMAS C ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON, MS 39236

CERTIFICATE OF SERVICE

I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date: September 10, 2026

/s/ Locke D. Barkley
CHAPTER 13 TRUSTEE