**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

**IN THE MATTER OF:** **CHAPTER 13 CASE NO.:**

**LENEKIA YOLANDA KINNEY** **26-11612-JDW**

**OBJECTION TO CONFIRMATION**

COMES NOW Locke D. Barkley, Chapter 13 Trustee, by and through counsel, and files this Objection to Confirmation (the "Objection") and in support states as follows:

1. The Debtor[1] initiated this proceeding with the filing of a voluntary petition for relief on May 5, 2026. The second amended Chapter 13 plan (Dkt. #25) (the "Plan") was filed on August 27, 2026.

2. The Debtor is below median income and has proposed a plan term of 60 months. In Section 5.1 of the Plan the Debtor proposes no distribution to nonpriority unsecured creditors and states that the liquidation value is $0.00.

3. Effective September 1, 2026, the monthly plan payment increased from $652.17 to $3,819.84. As of the date of this Objection, the Debtor has only remitted $602.00 of the required plan payment for September 2026. Assuming no other payments are received this month, the Debtor will be delinquent in plan payments through September 2026 in the amount of $3,017.18.

4. Should there be any secured or priority unsecured claims filed hereafter which are not provided for in the Plan the Trustee alleges that the Plan would not meet the requirement of §1325(a)(1) and would require an amendment.

5. The Trustee requests that confirmation of the Plan be denied. Should the Debtor be delinquent in payments at the time of the hearing on the Objection, the Trustee also requests that the bankruptcy case be dismissed.

[1] The above-referenced Debtor or Debtors shall be referred to herein in the singular as Debtor unless specified otherwise (e.g., Debtor1 or Debtor2).

WHEREFORE, PREMISES CONSIDERED, Locke D. Barkley, Chapter 13 Trustee, prays that upon notice and hearing that this Court enter its order sustaining the Trustee's Objection and for such other relief to which the Trustee and this bankruptcy estate may be entitled.

Dated: September 21, 2026

Respectfully submitted,
LOCKE D. BARKLEY, TRUSTEE

BY: /s/ W. Jeffrey Collier
W. JEFFREY COLLIER
Attorney for Trustee
6360 I-55 North, Suite 140
Jackson, Mississippi 39211
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645

**CERTIFICATE OF SERVICE**

I, the undersigned attorney for the Trustee, do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Dated: September 21, 2026

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER