**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE: CHAPTER 13 CASE NO:

LENEKIA YOLANDA KINNEY 26-11612-JDW

ORDER RELEASING ORDER DIRECTING EMPLOYER TO WITHHOLD DEDUCTIONS FROM PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE

The Court has been advised by the Chapter 13 Trustee that the wage order issued to WALMART CORPORATE OFFICE should be released.

IT IS THEREFORE ORDERED, that the employer of the Debtor, identified below, is hereby directed to cease deductions from the Debtor's wages.

WALMART CORPORATE OFFICE
ATTN: PAYROLL
PO BOX 82
BENTONVILLE, AR 72712-0082

IT IS FURTHER ORDERED, that WALMART CORPORATE OFFICE is to remit any funds presently held to the Chapter 13 Trustee.

REMITTANCE BY CHECK
Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

REMITTANCE BY ELECTRONIC PAYMENT
TFS EMPLOYER PAY
https://www.tfsbillpay.com/employer
TFS Bill Pay: 888-800-0294

##END OF ORDER##

SUBMITTED BY:
Locke D. Barkley
6360 I-55 North, Suite 140
Jackson, MS 39211
(601) 355-6661