**SO ORDERED,**

**Judge Jason D. Woodard**
**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN THE MATTER OF:** | **CHAPTER 13 CASE NO.:** |
| **LENEKIA YOLANDA KINNEY** | **26-11612-JDW** |

**AGREED ORDER CONTINUING**
**OBJECTION TO CONFIRMATION (DKT. #29)**

THIS MATTER came before the Court on Objection to Confirmation (Dkt. #29) (the “Objection”) filed by Locke D. Barkley, Chapter 13 Trustee (the “Trustee”) and the parties having conferred request that the hearing on the Objection be continued until December 8, 2026. The Court hereby orders as follows:

The hearing on the Objection is hereby continued until December 8, 2026, at 1:30 p.m., to be held at the U.S. Federal Building, 911 Jackson Avenue, Oxford, Mississippi 38655.

##END OF ORDER##

AGREED & APPROVED:

/s/ W. Jeffrey Collier
W. JEFFREY COLLIER
ATTORNEY FOR TRUSTEE

/s/ Thomas C. Rollins, Jr.
THOMAS C. ROLLINS, JR.
ATTORNEY FOR DEBTOR

Prepared by:
W. Jeffrey Collier, Esq.
Attorney for Trustee
1867 Crane Ridge Dr., Ste. 200B
Jackson, MS 39216
(601) 355-6661
ssmith@barkley13.com
MSB No. 10645